**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**George Evans BIVINS, Jr., a.k.a.**
**Ziggy, Defendant–Appellant.**

**No. 14–11798**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 28, 2015.

Wifredo A. Ferrer, Kathleen Mary Salyer, Miami, FL, Mark Lester, Robert H. Waters, Jr., West Palm Beach, FL, for Plaintiff–Appellee.

Richard Aldo Serafini, Fort Lauderdale, FL, for Defendant–Appellant.

Before JORDAN, JILL PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Richard A. Serafini, appointed counsel for George Evans Bivins, Jr., in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and

Bivins's convictions and sentences are AF-FIRMED.